**Order filed August 7, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO.  14-18-00500-CR
_____

**JAVANTE  CHAUNCEY HASTE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 351st District Court**
**Harris County, Texas**
**Trial Court Cause No. 1478749**

## ORDER

The reporter's record in this case was due July 9, 2018. *See* Tex. R. App. P. 35.1. On July 12, 2018, we ordered the court reporter for the 351st District Court to file the record by July 27, 2018. The record has not been filed.

Accordingly, we order the official court reporter for the 351st District Court to file the reporter's record by **August 22, 2018**. No further extensions will be entertained absent extraordinary circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R.

App. P. 35.3(c). If the record is not timely filed, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM